1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   KHAMPHANH                        | Case No. 5:26-cv-01131-FLA (JDE)
     KHAMBOUNHEUANG,
12                                     |
                        Petitioner,    | **ORDER SETTING BRIEFING**
13                                     | **SCHEDULE FOR RESPONSE TO**
              v.                       | **PETITIONER'S MOTION FOR**
14                                     | **TEMPORARY RESTRAINING**
                                       | **ORDER [DKT. 2]**
15   WARDEN, *et al.*,

16                      Respondents.

17

18

19

20

21

22

23

24

25

26

27

28

1   On March 11, 2026, Petitioner Khamphanh Khambounheuang ("Petitioner")

2   filed a Motion for Temporary Restraining Order ("Motion") requesting the court

3   "order [his] release, enjoin Respondents from removing [him] to a third country

4   without affording [him his] statutory and constitutional rights in reopened removal

5   proceedings, and enjoin Respondents from removing [him] to a third country for a

6   punitive purpose and effect."  Dkt. 2 at 1.

7   Petitioner did not notice a hearing on the Motion or comply with the

8   requirements of Local Rules 7-19 & 7-19.1, if he intended to bring this matter as an *ex*

9   *parte* application.  Nevertheless, the court will exercise its discretion to set a briefing

10   schedule on the Motion.  Petitioner is advised that the court expects the parties to

11   comply fully with all statutory requirements, court rules, and court orders, and that

12   failure to so comply may result in the striking or denial of motions and other filings.

13   Respondents' response to the Motion shall be filed on or before March 20,

14   2026.  *See* Local Civil Rule App. C(2).  Petitioner's deadline to file a reply shall be

15   April13, 2026.  The Motion shall be taken under submission as of April 1, 2026, and

16   the court will set the matter for hearing if the court deems one necessary or

17   appropriate.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  Respondents are ORDERED

18   to provide Petitioner with a physical copy of this Order and any response to the

19   Motion, within one (1) business day of their filing dates.

20   To preserve the court's jurisdiction pending a ruling in this matter, it is

21   **ORDERED** that Petitioner shall not be removed from the United States unless and

22   until this court orders otherwise.  *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631,

23   634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal

24   courts to issue writs of mandamus necessary to protect their prospective

25   jurisdiction."); *see also Belbacha v. Bush*, 520 F.3d 452, 455–56 (D.C. Cir. 2008) ("If

26   a case presents a 'substantial' jurisdictional question, then under the All Writs Act, 28

27   U.S.C. § 1651, a district court may act to preserve its jurisdiction while it determines

28   whether it has jurisdiction.").

1    Further, given Petitioner's interest in participating in further proceedings before

2   this court and maintaining adequate access to legal counsel throughout the duration of

3   these proceedings, it is **ORDERED** that Petitioner shall not be transferred outside this

4   District absent further order from this court.  *See United States v. United Mine*

5   *Workers of Am.*, 330 U.S. 258, 293 (1947) (holding "the District Court had the power

6   to preserve existing conditions while it was determining its own authority to grant

7   injunctive relief").

8

9    IT IS SO ORDERED.

10

11   Dated: March 13, 2026

12                                          FERNANDO L. AENLLE-ROCHA
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28