UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMPHANH KHAMBOUNHEUANG,<br><br>                              Petitioner,<br><br>          v.<br><br>WARDEN, FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,<br><br>                              Respondents. | Case No. 5:26-cv-01131-FLA (JDE)<br><br>**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), Petitioner's Motion for Temporary Restraining Order (Dkt. 2, "TRO Motion"), Respondents' Answer to the Petition (Dkt. 12); the Report and Recommendation of the Magistrate Judge ("Report," Dkt. 20), Petitioner's Objections to the Report ("Objections," Dkt. 23), Respondents' Response to the Objections (Dkt. 27), and all relevant portions of the record.

To the extent Petitioner's Objections address and object to the findings and recommendations of the Report, the court has engaged in a *de novo* review of those portions of the Report to which objections have been made.  These objections do not

1

merit a different result.  Accordingly, the court ACCEPTS and ADOPTS the findings and recommendation of the Magistrate Judge.

To the extent the Objections attempt to raise new claims or arguments that were not presented in the Petition and, thus, not considered and addressed in the Report, the court exercises its discretion to refuse to consider such new claims and arguments raised for the first time in objections to a report and recommendation, without prejudice to Petitioner seeking relief in the future on such grounds.

The court, therefore, ORDERS:

1. Judgment shall be entered DENYING and DISMISSING the Petition (Dkt. 1) without prejudice;

2. The court's March 13, 2026 Order (Dkt. 8) barring Petitioner's transfer outside this District or removal from the United States is LIFTED; and

3. Petitioner's Motion for Temporary Order Prohibiting Third Country Removal (Dkt. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated: July 1, 2026

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

2