JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KHAMPHANH
KHAMBOUNHEUANG,

                 Petitioner,

    v.

WARDEN, FACILITY
ADMINISTRATOR ADELANTO ICE
PROCESSING CENTER, *et al.*,

                 Respondents.

Case No. 5:26-cv-01131-FLA (JDE)

**JUDGMENT**

      Pursuant to the Order Accepting and Adopting Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED, ADJUDGED, and DECREED that this action and Petitioner's Petition for Writ of *Habeas Corpus* are DISMISSED without prejudice.

Dated: July 1, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1